IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3180 |
| v. | ) | |
| | ) | |
| MICKIE GENE WEPPNER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Michael T. Levy to withdraw as counsel for the defendant is granted.

DATED this 5th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge