IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR -1 PM 1: 15

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06CR3180 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING RELEASE** |
| | ) | **FOR THE PRUPOSE OF FAMILY** |
| | ) | **GROUP CONFERENCE FOR** |
| MICKIE G. WEPPNER, | ) | **WEPPNER CHILDREN** |
| | ) | |
| Defendant. | ) | |

COMES NOW this Court and hereby grants the temporary, pretrial release of Defendant Mickie G. Weppner for the purpose of attending the family group conference for his children in Crete, Nebraska, pursuant to the following terms and conditions:

1. The Defendant is released to the custody of Beckmann Law Offices and a representative of Beckmann Law Offices, either Michael Cruise or James Beckmann, will physically be with the Defendant during the entirety of his release.

2. The Defendant is to be released from the Saline County, Nebraska, Jail no later than 9:30 am on Friday, March 2, 2007.

3. The Defendant is to be returned to the Saline County, Nebraska, Jail within a reasonable time after the conference ends, but no later than 6:00 pm on Friday, March 2, 2007.

SO ORDERED.

Dated this _____ day of March, 2007.

BY: _____
The Honorable Judge Richard Kopf

**Prepared by:**
BECKMANN LAW OFFICES
James Beckmann – #22782
Attorney for Defendant
Peanut Butter Building
315 S. 9th St., Suite 200
Lincoln, NE 68508
(402) 435-0028