IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> MICKIE GENE WEPPNER,               )<br>                                   )<br>            Defendant.             )<br>                                   ) | 4:06CR3180<br><br>MEMORANDUM AND ORDER |

   The court is advised that the defendant has been sentenced to 20-24 months in jail with credit for 180 days of time served, and that a detainer has been placed with the United States Marshal Service.  Thus, his motion for release must be denied, as if he were released, he would be immediately turned over to Saline County for service of his sentence.

   IT THEREFORE HEREBY IS ORDERED,

   The motion, filing 28, is denied.

   DATED this 28th day of March, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge