IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3180 |
| | ) | |
| v. | ) | |
| | ) | |
| MICKIE G. WEPPNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |


        Defendant has again moved to be released to treatment.
However, the court has been advised that the previously filed
detainer filed against him by Saline County has not been lifted,
and, in addition, three new warrants now appear on his NCJIS file
emanating from state court cases in Lancaster and Otoe Counties.
In addition, 18 U.S.C. §3143 requires that, except in
extraordinary circumstances, defendants who have been found
guilty, as defendant now has, be held in custody.


        IT THEREFORE HEREBY IS ORDERED:  The defendant's motion for
release to treatment, filing 41, is denied.



        DATED May 18, 2007

                                BY THE COURT:


                                 s/ David L. Piester
                                _____
                                United States Magistrate Judge