IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:06CR3180 |
| MICKIE GENE WEPPNER, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Temporary Release from Custody, filing 86. The Court, being fully advised in the premises, and noting the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from custody on January 10, 2013, at 12:00 p.m., for a substance abuse evaluation to be conducted at the Federal Public Defender's Office, Lincoln, NE. The defendant shall be returned to the marshal's custody immediately following the evaluation.

IT IS FURTHER ORDERED that the defendant shall not leave the federal building.

DATED this 10th day of January, 2013.

BY THE COURT:

_____
The Honorable Cheryl R. Zwart
United States Magistrate Judge