IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>MICKIE GENE WEPPNER,<br><br>                     Defendant. | 4:06CR3180<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 88), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at the Oxford House, Omaha, Nebraska and participate in the Lutheran Family Services substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Oxford House facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at the Oxford House by 1:00 p.m. on January 18, 2013. By no later than 10:30 a.m. on January 18, 2013, the Marshal shall release the defendant to the Federal Public Defenders Office for transport to the Oxford House.

January 17, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge